DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Williams v. Nationwide Mut. Ins. Co.<br><br>Case Below:<br>174 N.C. App. 601 | No. 712P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-995) | Allowed (04/06/06)<br><br>**Martin, J., Recused** |
|---|---|---|---|
| Woodlief v. Mecklenburg Cty.<br><br>Case Below:<br>176 N.C. App. 205 | No. 161P06 | 1. Plt's PDR Uunder N.C.G.S. § 7A-31 (COA05-564)<br><br>2. Plt's Motion to Dismiss PDR | 1. ——<br><br>2. Allowed (05/04/06) |

## PETITION TO REHEAR

| Nolan v. Village of Marvin<br><br>Case Below:<br>360 N.C. 256 | No. 488A05 | Respondent's Petition for Rehearing | Denied (04/06/06)<br><br>**Martin, J., Edmunds, J., Recused** |
|---|---|---|---|